UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 MAY 19 P 1:49

U.S. DISTRICT COURT
HARTFORD, CT.

LOUISE SEPKOWSKI,
    Plaintiff

- v -                                    Civil No. 3:02CV2025(TPS)

HOSPITAL OF ST. RAPHAEL
    Defendant

## ORDER

A trial has been scheduled in this case to begin on September 10, 2004. It will continue on September 13 if necessary.

IT IS SO ORDERED

Dated at Hartford, Connecticut, this 19th day of May, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge